

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:        Zsolt Petko and Zsuzsanna Adam v. Carelton Courtyard

Appellate case number:    01-17-00918-CV

Trial court case number:   CV-0077741

Trial court:               County Court at Law No. 2 of Galveston County

       The panel has voted to deny appellants' Motion for Rehearing of the memorandum opinion and judgment, issued on April 3, 2018.

       It is ordered that the motion for rehearing is **denied**.

Judge's signature:  /s/ Laura C. Higley
                      Acting for the Panel

Panel consists of:  Justices Jennings, Keyes, and Higley.

Date:  July 3, 2018